IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAMAR C. CHAPMAN, III**     **PLAINTIFF**
Reg # 16900-424

v.     CASE NO. 2:19-CV-00064 BSM

**THOMAS J. SCARANTINO,**
**Complex Warden, FCC-Butner,**
**North Carolina**     **DEFENDANT**

## ORDER

Having reviewed the proposed findings and recommendations ("RD") of Magistrate Judge J. Thomas Ray [Doc. No. 20] and the entire record, *de novo,* the RD is adopted. This case is dismissed without prejudice, pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b). Chapman's pending motions [Doc. Nos. 18 & 24] are denied as moot.[1]

IT IS SO ORDERED this 27th day of March 2020.

                               _____
                               UNITED STATES DISTRICT JUDGE

---

[1] President Obama did not appoint me.