# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**LAMAR C. CHAPMAN, III**                                                                          **PLAINTIFF**
**Reg # 16900-424**


**v.**                                  **CASE NO.  2:19-CV-00064 BSM**

**THOMAS J. SCARANTINO,**
**Complex Warden, FCC-Butner,**
**North Carolina**                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE